**DISMISS and Opinion Filed March 25, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-24-00100-CV**
_____

**SARA MIRIAM SANCHEZ ORTEGA AND DIMAS CASTRO VACIO,**
**Appellants**
**V.**
**F&M PROPERTIES, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-17601**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Appellants appeal from the trial court's Final Summary Judgment signed on October 24, 2023. After filing a timely motion for new trial, appellants filed a notice of appeal on January 30, 2024, ninety-eight days after the judgment was signed. Because appellants failed to file a notice of appeal within ninety days of the date of judgment, appellee has filed a motion to dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 26.1(a), 26.3 (where post-judgment motion filed extending appellate deadlines, notice of appeal due within ninety days of date of judgment or, with extension motion, within fifteen days of deadline); *Brashear v.*

*Victoria Gardens of McKinney, LLC*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional).

As of today's date, appellants have filed neither a response to appellee's motion to dismiss nor an extension of time to file the notice of appeal. Because appellants failed to timely file a notice of appeal, we grant appellee's motion and dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240100F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SARA MIRIAM SANCHEZ
ORTEGA AND DIMAS CASTRO
VACIO, Appellants

No. 05-24-00100-CV          V.

F&M PROPERTIES, Appellee

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-17601.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Pedersen,
III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee F&M PROPERTIES recover its costs of this appeal from appellants SARA MIRIAM SANCHEZ ORTEGA AND DIMAS CASTRO VACIO.

Judgment entered March 25, 2024